In the Matter of JAMES CASTRO, Appellant. POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondent.— James Castro appeals from that part of a final judgment and order of the Domestic Relations Court of the City of New York, Children's Court Division, County of Kings, as adjudicated him to be delinquent. Final judgment and order (one paper) unanimously affirmed. No opinion. Present — Adel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

In the Matter of SOLOMON HOLT, Appellant, against WILLIAM JANSEN, as Superintendent of Schools of the City of New York, et al., Respondents.— Petitioner appeals from an order denying an application, in a proceeding instituted pursuant to article 78 of the Civil Practice Act, for an order directing the respondent superintendent of schools to nominate, and the respondents constituting the board of education to appoint, as members of the board of examiners the two persons remaining on an eligible list to fill two existing vacancies. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ. [See *post,* p. 815.]